1 | Howard D. Hall (Bar No. 145024)
GREEN & HALL, A Professional Corporation
2 | 600 South Main Street, 12th Floor
Orange, California 92868-4643
3 | Telephone: (714)918-7000
Facsimile  (714)918-6996
4 |
5 | Attorneys for Plaintiff
T. TURNER, INC.



**FILED**
MAY 17 2000
CLERK, U S DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

**LODGED**
MAY 16 2000
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

MAY 12 2000

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| T. TURNER, INC., a California corporation,<br><br>Plaintiff,<br><br>vs<br><br>DM CALIFORNIA, INC, a Michigan corporation; DYNAMEDICS CORPORATION, a Michigan corporation; DYNAMEDICS CORPORATION, a Canadian corporation; IRVIN AEROSPACE CANADA LTD., a Canadian corporation, and DOES 1 through 10, inclusive,<br><br>Defendants<br><br>AND RELATED COUNTERCLAIMS | CASE NUMBER SA-CV-99-489 GLT (EEx)<br>Action Filed February 19, 1999<br><br>**STIPULATION TO DISMISS**<br><br>Priority ___<br>Send ___<br>Enter ___<br>Closed ___<br>JS-5/JS-6 X<br>JS-2/JS-3 ___<br>Scan Only X |

Plaintiff and Counterdefendant T. TURNER, INC, a California corporation, Defendants and Counterclaimants DM CALIFORNIA, INC., a Michigan corporation, DYNAMEDICS CORPORATION, a Michigan corporation, and DYNAMEDICS CORPORATION, a Canadian corporation (collectively "DynaMedics"), and Third Party Defendant THOMAS WADE TURNER ("Turner"), by their respective counsel, and

Docketed
JS-5/JS-6
JS-2/JS-3
CLSD

ENTER ON ICMS
MAY 18 2000
ORIGINAL

STIPULATION TO DISMISS

1

pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) and the April 18, 2000 Agreement of Settlement and Mutual Release, stipulate as follows.

(1) T Turner, Inc.'s Complaint in this matter shall be dismissed, with prejudice;

(2) DynaMedics' Counterclaim in this matter shall be dismissed, with prejudice; and

(3) Except as provided in the Agreement of Settlement and Mutual Release, each party shall bear its own fees and costs

GREEN & HALL
A Professional Corporation

By _____
Howard D. Hall
Attorneys for Plaintiff and Counterdefendant, T. TURNER, INC. and Third Party Defendant THOMAS WADE TURNER

KESTER & QUINLAN LLP

By _____
Steven L. Kester, Esq
Attorneys for Defendants and Counterclaimants, DM CALIFORNIA, INC., a Michigan corporation, DYNAMEDICS CORPORATION, a Michigan corporation, and DYNAMEDICS CORPORATION, a Canadian corporation

IT IS SO ORDERED
DATED 5/17/00
_____
U.S. DISTRICT JUDGE

PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA ) § 
COUNTY OF ORANGE )

I am a citizen of the United States of America and am employed in Orange County. I am over the age of 18 years and not a party to this action. My business address is 600 South Main Street, 12th Floor, Orange, California 92868-4643.

I am familiar with the business practice at my place of employment for the collection and processing of correspondence for mailing with the United States Postal Service. All correspondence is deposited with the postal service that same day in the ordinary course of business.

On May 15, 2000, at my place of business, I served the within **STIPULATION TO DISMISS** on the interested parties in said action by placing for deposit in the U.S. Postal Service a true and correct copy thereof enclosed in a sealed envelope with postage thereon fully prepaid at Orange, California, addressed as follows:

Steven L. Kester, Esq.
Francis E. Quinlan, Esq.
Kester & Quinlan LLP
2101 East Coast Highway, Suite 102
Corona del Mar, CA  92625
(949) 759-7760
(949) 760-8156 Fax
**Attorneys for DM California, Inc., Dynamedics Corporation, a Michigan corporation, and Dynamedics Corporation, a Canadian corporation**

I declare that service was made at the direction of a member of the bar of this court.

Executed on May 15, 2000, at Orange, California.

_____
-PAMELA S. HYRN

3

**STIPULATION TO DISMISS**